UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| WILLIE MAE SMITH, | ) |
| *Plaintiff*, | ) |
| v. | ) No. 1:13-cv-429-CLC-SKL |
| BELK, INC., | ) |
| *Defendant*, | ) |

## ORDER TO SHOW CAUSE

Attorney Jerrold J. White, counsel for Plaintiff in this matter, has failed to register for CM/ECF. Pursuant to E.D. TN L.R. 5.2, it is **ORDERED** that, within 10 days of the entry of this order, attorney White shall either: (1) register to file and receive future pleadings electronically; or (2) show good cause in writing for not doing so.

Counsel should note that if the reason for not filing electronically is lack of computer equipment, computer illiteracy or lack of training on electronic filing, the Court expects counsel to consult with the Clerk's Office about these issues and include the results of that consultation in the response to this order.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE